KATHLEEN A. LEAVITT  E-FILED 01/04/2010
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

## UNITED STATES BANKRUPTCY COURT
## NEVADA DIVISION

| | |
|---|---|
| IN RE:<br>**MICKEY D PHILLIPS II**<br>**GAIL A PHILLIPS**<br><br>                    Debtors<br>**Attorney for Debtor:**<br>         **COHEN JOHNSON & DAY** | CASE NO: BKS-08-23547-LBR<br><br>**CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION** |

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was  filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either  "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no plan provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim including, if appropriate, the payment of and rate of interest), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution on or before February 03, 2010. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that funds provided to be paid to a creditor through the Chapter 13 Plan but for which no Proof of Claim has been filed will be forwarded to the Clerk of U. S. Bankruptcy Court, District of Nevada, as unclaimed funds.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution.  This plan proposes that the Debtor pay a Base Amount (a specific dollar amount) to the Plan.  The exact percentage of distribution to unsecured non-priority claims will depend upon all claims filed and allowed in this case.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|

Page 2 of 4

MICKEY D PHILLIPS II AND GAIL A PHILLIPS                              BKS-08-23547-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **AMERICAS SERVICING COMPANY**<br>ONE HOME CAMPUS<br>MAC# X2302-045<br>DES MOINES, IA  50328 | $8,729.59<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00002 / COURT CLAIM # 1** | MORTG ARREARS PRE PETITION<br><br>EXACTLY 100.00% TO BE PAID | XXXXXXXXXXXXXXXX<br>8519 |
| **AUTOMATED RECOVERY SYSTEMS**<br>PO BOX 82068<br>LAS VEGAS, NV  89180 | $164.45<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00003 / COURT CLAIM # 2** | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | X0116 |
| **Bay Area Credit**<br>1901 W. 10th Street<br>Antioch, CA  94509 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00004 / COURT CLAIM #** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXX1939 |
| **CARE CREDIT**<br>PO BOX 960061<br>Orlando, FL  32896-0061 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00005 / COURT CLAIM #** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX7472 |
| **Desert Springs Hospital**<br>PO Box 31001<br>Pasadena, CA  91110 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00006 / COURT CLAIM #** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXX7669 |
| **Diversified Radiology Of Colorado**<br>5130 Executive Blvd<br>Fort Wayne, IN  46808 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00007 / COURT CLAIM #** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XX2067 |
| **Escallate, LLC**<br>PO Box 710732<br>Columbus, OH  43271-0732 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00008 / COURT CLAIM #** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXX8575 |
| **FirstSource**<br>7650 Magna Drive<br>Belleville, IL  62223 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00009 / COURT CLAIM #** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXX2137 |
| **GE MONEY BANK/GREEN TREE**<br>PO BOX 0049<br>PALATINE, IL  60055-0049 | $37,080.61<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00010 / COURT CLAIM # 3** | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 3639 |
| **HOUSEHOLD FINANCE REALTY CORPORATION OF NEVADA**<br>ATTN: PAYMENT PROCESSING<br>1301 EAST TOWER ROAD<br>SCHAUMBURG, IL  60173 | $13,584.36<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00011 / COURT CLAIM # 4** | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | XX0070 |
| **Lamont, Hanley & Assoc**<br>1138 Elm St. PO Box 179<br>Manchester, NH  03101-1514 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00012 / COURT CLAIM #** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX-HAQ |

MICKEY D PHILLIPS II AND GAIL A PHILLIPS  BKS-08-23547-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **Las Vegas Athletic Club**<br>2655 S. Maryland Parkway, Ste. 201<br>Las Vegas, NV  89109 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXX0574 |
| | **TRUSTEE CLAIM# 00013 / COURT CLAIM #** | | |
| **MedicWest Ambulance**<br>PO Box 3429<br>Modesto, CA  95353 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXX9091 |
| | **TRUSTEE CLAIM# 00014 / COURT CLAIM #** | | |
| **NCO Financial**<br>PO Box 15630 Dept 99<br>Wilmington, DE  19850 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXX3733 |
| | **TRUSTEE CLAIM# 00015 / COURT CLAIM #** | | |
| **Quantum Collections**<br>3224 Civic Center<br>North Las Vegas, NV  89030 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX8621 |
| | **TRUSTEE CLAIM# 00016 / COURT CLAIM #** | | |
| **Rosenthal Morgan & Thomas**<br>ADT Security Systems<br>12747 Olive Boulevard Ste. 375<br>St. Louis, MO  63141 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX3454 |
| | **TRUSTEE CLAIM# 00017 / COURT CLAIM #** | | |
| **St. Rose Dominican Hospitals**<br>4535 Dressler Rd. NW<br>Canton, OH  44718 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXX5731 |
| | **TRUSTEE CLAIM# 00018 / COURT CLAIM #** | | |
| **St. Rose Dominican Hospitals**<br>PO Box 33349<br>Phoenix, AZ  85067 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXX8593 |
| | **TRUSTEE CLAIM# 00019 / COURT CLAIM #** | | |
| **STATE OF CO, DIV OF FINANCE & PROCUREMEN**<br>633 17TH ST, STE 1540<br>DENVER, CO  79292-3597 | $1,148.00<br>AT 0.00% INT<br>FROM | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 9033 |
| | **TRUSTEE CLAIM# 00020 / COURT CLAIM # 5** | | |
| **US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR**<br>MASTR ALTERNATIVE LOAN TRUST<br>AMERICAS SERVICING CO.<br>3478 STATEVIEW BLVD - MAC #X7801-014 | $53,859.00<br>AT 0.00% INT<br>FROM | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX0259 |
| | **TRUSTEE CLAIM# 00025 / COURT CLAIM # 6** | | |
| **Diversified Radiology Of Colorado**<br>5130 Executive Blvd<br>Fort Wayne, IN  46808 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XX2071 |
| | **TRUSTEE CLAIM# 00026 / COURT CLAIM #** | | |
| **AMERICAS SERVICING COMPANY**<br>ONE HOME CAMPUS<br>MAC# X2302-045<br>DES MOINES, IA  50328 | $2,784.60<br>AT 0.00% INT<br>FROM | MORTG ARREARS POST PETITIO<br><br>EXACTLY 100.00% TO BE PAID | 0287 |
| | **TRUSTEE CLAIM# 00027 / COURT CLAIM # 7** | | |

Page 4 of 4
MICKEY D PHILLIPS II AND GAIL A PHILLIPS                               BKS-08-23547-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **AMERICAS SERVICING COMPANY**<br>ONE HOME CAMPUS<br>MAC# X2302-045<br>DES MOINES, IA  50328 | **$208,800.00**<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00028 / COURT CLAIM # 1** | MORTGAGE DIRECT<br><br>Paid direct by Debtor 100.00% TO BE PAID | XXXXXXXXXXXXXXXX<br>8519 |

Dated: 1/4/2010

/s/ ESTHER CARR
for Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee