WILDE & ASSOCIATES
Gregory L. Wilde. Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO. P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association. as Trustee for MASTR Asset Backed Securities Trust 2006-FRE1
08-78519 / 1146010287

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 08-23547-lbr |
| Mickey D. Phillips, II and Gail A. Phillips | Motion No.<br>Date:<br>Time: |
| Debtors. | Chapter 13 |

### WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

Notice is hereby given that the Motion for Relief from the Automatic Stay of Secured Creditor U.S. Bank National Association. as Trustee for MASTR Asset Backed Securities Trust 2006-FRE1 filed on the 9th day of April, 2010 is hereby withdrawn.

DATED this 10th day of May, 2010.

                                          WILDE & ASSOCIATES

By _____
                                   GREGORY L. WILDE, ESQ.
                                   Attorney for Secured Creditor
                                   208 South Jones Boulevard
                                   Las Vegas, Nevada 89107

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-FRE1
08-78519 / 1146010287

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

| In Re: | 08-23547-lbr |
|---|---|
| Mickey D. Phillips, II and Gail A. Phillips | Motion no.<br>Date:<br>Time: |
| Debtors. | Chapter 13 |

### CERTIFICATE OF MAILING OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

1. On __May 18, 2010__ I served the following documents(s):

   WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

   X  **a. ECF System**

H. Stan Johnson
6293 Dean Martin Drive
Las Vegas, NV 89118
Attorney for Debtors

Kathleen A. Leavitt
201 Las Vegas Blvd. So., #200
Las Vegas, NV 89101
Trustee

X  **b. United States mail, postage fully prepaid:**

Mickey D. Phillips, II and Gail A. Phillips
4443 El Como Way
Las Vegas, NV 89121
Debtors

America's Servicing Company
One Home Campus
MAC ID#X2302-045
Des Moines, IA 50328
Movant

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐   1.   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐   2.   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : ___May 18, 2010___

_____
An employee of Wilde & Associates