**Entered on Docket**
**March 31, 2011**

_____
**Hon. Bruce T. Beesley**
**United States Bankruptcy Judge**
_____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-FRE1
08-78519

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK Case No.: 08-23547-lbr |
|---|---|
| Mickey D. Phillips, II and Gail A. Phillips aka Gail A. Cline | Date: 03/08/2011<br>Time: 10:30 am |
| | Chapter 13 |
| Debtors | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities

1  Trust 2006-FRE1, its assignees and/or successors in interest, of the subject property, generally

2  described as 4443 El Como Way, Las Vegas, NV 89121.

3        IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

4  Debtors at least seven business days' notice of the time, place and date of sale.

5        IT IS FURTHER ORDERED, ADJUDGED and DECREED the Secured Creditor will record a

6

7  Notice of Default prior to proceeding with any foreclosure actions.

8        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

9  withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of

10 the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured

11 Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

12 Submitted by:

13 **WILDE & ASSOCIATES**

14 By: /s/ _____ #10235

15 **Gregory L. Wilde, Esq.**
   Attorney for Secured Creditor

16 **APPROVED / DISAPPROVED**

17 By:_____

18 H. Stan Johnson
   Attorney for Debtor(s)

19

20 **APPROVED / DISAPPROVED**

21 By:_____

22 Kathleen A. Leavitt
   Chapter 13 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_    The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_    No party appeared at the hearing or filed an objection to the motion.

__X__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_ approved the form of this order                \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    __X__ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order                \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    __X__ failed to respond to the document

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor